**Copyrights-In-Suit for IP Address 69.114.239.64**

**ISP:** Optimum Online High Speed Internet Service
**Location:** Ossining, NY

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Bailey Sexy | PENDING | 10/08/2015 | 10/19/2015 | 10/20/2015 |
| First Time Lesbian Loving | PENDING | 10/10/2015 | 10/19/2015 | 10/20/2015 |
| A Romp At The Ranch | PA0001953952 | 07/28/2015 | 07/29/2015 | 09/26/2015 |
| Every Mans Sexy Camping Trip | PENDING | 08/28/2015 | 09/07/2015 | 09/26/2015 |
| A Fucking Picnic | PENDING | 09/12/2015 | 09/21/2015 | 09/26/2015 |
| Catching The Sun | PA0001950762 | 07/09/2015 | 07/13/2015 | 09/26/2015 |
| Surrender To Seduction | PA0001953367 | 07/17/2015 | 07/27/2015 | 09/26/2015 |
| Infinite Luvv | PA0001958606 | 08/12/2015 | 08/18/2015 | 09/26/2015 |
| Introducing Kennedy | PENDING | 08/19/2015 | 08/26/2015 | 09/26/2015 |
| Make Love To Me | PENDING | 09/16/2015 | 09/21/2015 | 09/26/2015 |
| Supermodel Sex | PENDING | 09/02/2015 | 09/07/2015 | 09/26/2015 |
| Freckle Faced Fox | PENDING | 09/18/2015 | 09/21/2015 | 09/26/2015 |
| Dangerous When Wet | PA0001954793 | 08/03/2015 | 08/03/2015 | 09/26/2015 |
| California Surf Fever | PA0001953953 | 07/23/2015 | 07/29/2015 | 09/26/2015 |
| Lovers Lane | PA0001958622 | 08/14/2015 | 08/18/2015 | 09/26/2015 |

**Total Malibu Media, LLC Copyrights Infringed:  15**

EXHIBIT B